FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 18 2026    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

SEA 2000 9489 Summons Issued

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Shannon Farazi_<br><br>Plaintiff,<br><br>v.<br><br>**HOME DEPOT U.S.A., INC.**<br><br>**("Home Depot") et. al.**<br><br>6200 E Lake Sammamish PKWY SE, Issaquah, WA 98029<br><br>Defendant, | **Case No.:** 2:26-CV-00586 RAJ<br><br>**Three-Judge Court DEMANDED**<br><br>Federal:<br><br>Title VII of the Civil Rights Act of **1964**<br><br>Retaliation 42 U.S.C. § 2000e-3(a)<br><br>42 U.S.C. § 2000e-2(a)(1)-(2)<br><br>"MAHSA" Act, UNCAT, R2P<br><br>18 U.S. Code § 1512, 18 U.S. Code § 1513<br><br>18 U.S.C. § 241<br><br>Lanham Act of **1946 – Substance over form**<br><br>State:<br><br>"Silenced No More" Act<br><br>Anti-SLAPP Law **1999**<br><br>Rule CR 1 – line numbering was not "reasonably" possible<br><br>,among others.<br><br>FILED DATE: 2/18/26 |

# <u>VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS</u>

The Plaintiff, Shannon S. Farazi, alleges as follows:

1. For almost five decades, Defendant Home Depot has owned and/or operated more than several dozen stores in and around the Western District of Washington. The managers have made an insider business of targeting lawful workers with harassment, discrimination, retaliation, and botched silencing agreements, among others. Home Depot's method of harassment has taken many forms over the years and usually results in management refusing the mandated upholding of their own policies, employment laws, and safety requirements of their work force, management write-ups against their female workers, when they have refused to give into their demands for violating the law.

2. The Plaintiff brings this action to enforce the provisions of Title VII of the Civil Rights Act of 1964, Under Title VII, it is unlawful for employers to discriminate against, or limit, segregate, or classify in any way that would adversely affect the employment of, current or prospective employees because of their race, color, religion, sex, or national origin.1 42 U.S.C. § 2000e-2(a)(1)-(2). Retaliation in violation of the U. S. Equal Employee Opportunity Commission (EEOC) - <u>Title VII of the Civil Rights Act of 1964</u>: Makes it illegal to discriminate against someone on the basis of race, color, religion, national origin or sex (among others – **State of Washington's Employment Law** has other criteria (longer list) that can be implemented **in combination with** the Federal laws that are applicable). These laws protect employees against retaliation for going forward with a claim regarding discrimination in the workplace, the Washington State Human Rights Commission

(WSHRC) - 49.60 RCW, among other statutory requirements that govern disclosures of illegality, waste, fraud, abuse or public health or safety threats.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345, and 28 U.S.C. § 1367 – The Supreme Court's **recent** rulings.

4. Venue is proper in this district under 28 U.S.C. § 1391(b) because the actions and omissions giving rise to the United States' claims occurred in the Western District of Washington.

## ADMINISTRATIVE PROCEDURES

5. Prior to initiating this lawsuit, the Plaintiff exhausted her administrative remedies by filing dual Charge of Discrimination Number 530-2023-05748 with the EEOC and the WSHRC [Please see Exhibit #1].

6. The Plaintiff filed **"on-time"** despites the "Right to Sue" was received on January 13, 2026 via email, but officially the Federal NRTS for this case was issued on 11/18/25. The Plaintiff is aware of the issue regarding the U.S. Attorney's office and has attempted to petition for their assistance on this case whenever they are available.

7. Under Title VII, ADA, ADEA, among others, the Plaintiff will serve a copy of this Complaint to Home Depot Inc., Office of the Corporation Counsel, within 10 days of its filing, thereby satisfying the notice requirements of this action.

8. All other prerequisites to filing this suit have been met.

**PARTIES AND DEFENDANT'S PROPERTY**

9. Plaintiff Shannon Farazi is a resident of the Greater Seattle area of Washington. At all relevant times, Plaintiff was employed as a Merchandising Execution Team (MET) corporate associate by the Defendant Home Depot due to a known qualified "life-event" that was health-related.

10. During all or part of the period of time relevant to this action, the Defendant as a multinational world's largest home retailer had offices in multiple locations, including Issaquah, Washington.

11. The MET team is a subset corporate contract team that is separate from store associates and is managed similarly with a different set of managerial teams.

12. The Defendant property in Issaquah is on a "private property" Issaquah, but still in concert with state "Silenced No More" Act and other shared local laws such as "Hate crime", among others. The Issaquah Police and the Federal Bureau of Investigation (FBI) (both State and WA, DC) were informed in accordance with legislative requirements. They provided the Plaintiff with their badge numbers just in case due to the "for all" and "see something, say something" policies under "God" of the United States of America (USA).

13. At all times relevant to this action, the Defendant Home Depot has actively participated in the daily management of the Plaintiff from April 10, 2024 until:

    (a) discriminated and threatened by her already reported direct manager,

(b) blatantly physically and irreparably harmed repeatedly by her already reported upper management as a result of **"false reports"** by the reported direct manager, and

(c) violently wrongfully terminated on May 27th, 2025 **while** the U.S. government's appropriate agencies were investigating,

(d) this wrongful act was deliberate (re-constructed) with a year and a month to cover-up their crime against humanity even though the Issaquah Police was involved per the new "Silenced No More" Act of Washington State's Former Governor Inslee effective **June 9th, 2022** [Please see Exhibit #2]. It is noteworthy to know that the (Federal Bureau of Investigation) FBI is being informed since **July 18th, 2022** [Please see Exhibit #3], which led to informing the Attorney General's office [Please see Exhibit #4] via **an Honorable Judge.**

while the investigation by the internal ethics and illegal conducts and WSHRC teams were **"ongoing"** – which were **in favor** of the Plaintiff.

All were informed that the Plaintiff is in collaboration with the State, Department of Justice, and other authorities for passing legislations and laws such as **MAHSA Act** as the Plaintiff is **Persian/Iranian American** ("MAHSA" Act, UNCAT, R2P [all carry **"no"** statute of limitation]).

14. The Plaintiff **strongly condemns** any hate, threat, and torture to anyone at anytime, anywhere. As a member of the healthcare field, the Plaintiff welcomes and respects all from all walks of life who are honest, truthful, on the right side of law, and **unconditionally uphold the law** (18 U.S. Code § 1512, 18 U.S. Code § 1513, among others).

## DEFENDANTS' DISCRIMINATORY EMPLOYMENT PRACTICES

15. From approximately Feb 5th, 2025 [Date of the Plaintiff car accident] through May 27th, 2025, Defendant Home Depot subjected multiple female workers to discrimination on the basis of discriminatory attributes, including unwelcome and severe or pervasive discriminatory harassment or "gate-keeping" misconducts. This conduct included, but was not limited to, the following categories of discriminatory harassment by the direct managers:

a. Making unwelcome discriminatory comments and discriminatory advances;

b. Exposing certain workers to be written-up falsely (targeted retaliatory);

c. Subjecting female workers to unwelcome all-of-a-sudden signage of silencing agreements without any good-faith reason (managerial tit-for-tat reconstructed hostile environment);

d. Offering to grant "some" female workers **tangible** benefits – such as become a collaborator as a "silent-partner" to the upper management for performing promotions – in exchange for their silence acts; and

e. Taking adverse work safety actions, such as initiating red flag write-ups for **"non-trained"** actions or refusing to make corrections to false reports due to personal gain, or threatening to take such actions, against female workers who objected to and/or refused advances or change in tasks in an attempt to keep "quality" of the performance and team work up – all were blocked, frowned upon, false reported or forced to do heavier physical work while injured due to a life-threatening car accident so that the "disqualified" individual remains in their position of **power and means**.

f. Lack of proper training, hidden work information crucial for **"all"** employees, and an escalating fear and favor culture due to increased employee complaints, among others.

Applicable additional laws:

- **Harris v. Forklift Systems, Inc., 510 U.S. 17 (1993)**

The Supreme Court "Unanimously" ruled:

A work environment is unlawful under Title VII if it is objectively hostile or abusive and **the victim** subjectively perceives it as hostile, even if there is "**no**" proof of serious psychological injury.

Harassment **violates** Title VII when it is:

a.      Severe or pervasive enough

b.    To create an environment that a **"reasonable"** person would find hostile or abusive

c.    And that **"the victim"** actually perceives as hostile

Though the Plaintiff's medical team can attest to that if necessary (**Juneteenth**).

16. For example, in or around Jan 21st, 2025, the Plaintiff was subjected to repeated unwelcome and unwanted impeding comments, propositions and unwelcome restrictions – despite **"requests"** to be trained, **"not punished"**. On multiple occasions, the Plaintiff was told that there were "different ways" she could understand that there is a "managerial-email". After many store-side associates backed the Plaintiff, she was reminded in no uncertain terms that she would not be promoted, others stopped making contact due to these "unreasonable hostile treatments" to protect themselves and eventually she was forced to be isolated and always blocked due to nonstop threats. The Plaintiff even received a couple of offers to move to the store-side when **"others"** became aware of the hostile treatments, but the MET team managers denied the Plaintiff **"right-out"**.

Legal duty:

a.    The Defendant owed a duty of care to the Plaintiff;

b.    The Defendant breached that duty;

c.    The breach was the legal or proximate cause of the Plaintiff injury; and

d.    The Plaintiff suffered damages as the mentioned criminal acts were legally foreseeable and easily preventable. These laws have been in effect **since the 1960s and**

1970s and the Plaintiff was informed by **the U.S. Government on 1/6/26** that all U.S. born individuals know or should know to abide by them without **"any"** reservations – yet this never happened for **"this"** Plaintiff.

17. In another example, in or around Feb 5th, 2025, the Plaintiff was subjected to yet another misinformation situation by the direct manager. On multiple occasions, the Plaintiff was a consulting adviser and through that relationship became informed of the priors and previous history of the managers' life-history. Despite the fact that the direct manager had experienced such situations and got supported by all, the Plaintiff was kept in the dark as to how the reasonable accommodation works. The collective actions caused a serious health injury to an already recently sustained car-accident injury. Simply said, the "doctor's note" and **"life-threatening"** injuries were overlooked purposefully to prove a point by the direct manager and other management members. This finally prompted supplementing the internal reporting and filed a report with the local police after it became clear the intentions and means despite the **presence of the medical team's recommendations on file**. Then, accommodation was put in place late and was not followed-up because she complained to the police about their actions. The exact words used for their cover-ups were "substantial" and "private property", but it proves more that they are not in compliance with prior and new laws nor recording true facts in a legally sound manner. The new laws were put in place because the prior laws were being recorded to be **"not implemented in reality"**.

Duty to protect from criminal acts:

a.    The "imminent harm" or "specific harm" test;

b.    The "prior similar incidents" test;

c.    The "totality of the circumstances" test; and

d.    The "balancing test – the risk was sufficiently foreseeable **and** the burden of prevention was not only reasonable, but mandatory both legally and in accordance with the company policies ( **LAT**: Listen, Acknowledge, Take action).

18. In another example, on **May 27th, 2025** around **10:40 am,** two of the upper managers who were "reported" found the Plaintiff alone working, while the internal "Home Depot" investigating and State inquiry were "**ongoing**". They engaged in **retaliatory criminal acts against Plaintiff** knowingly, voluntarily, maliciously with intent. The Plaintiff's documented protected activity **emailed** to the new upper management about **seriousness of matter** –



sent after consulted with legal advisor – was "**purposefully ignored**" to cause further suffering, physical harm, fear, anxiety, and emotional distress, and interfered with her ability to secure a call from U.S. government to them and maintain an "out-of-court" resolution.

[Please see Exhibit #5 – depicted as an image above] ****The Plaintiff "**thanks**" the Governor of Washington State for his call to take pictures of wrongdoers – the wrong act exactly as the Plaintiff experienced in "**another**" country not allied to the USA. These laws have been in effect **since the 1960s and 1970s in the USA. "See something, say something" rule affects children and is taught in school at an early age. A renewed anti-SLAPP laws have been in effect since 1999 in the State of Washington. The first anti-SLAPP statute in the U.S. was passed in 1989 by the State of Washington in our Nation. Caste discrimination law – another first in our Nation law – was passed and went into effect on March 25th, 2023 with collaboration of the Plaintiff [Please sees #2,3,4].**

19. The smear campaign was on steroids and even the Plaintiff was "**physically attacked**" and had to protect herself due to her physical injury as a result of the known to the Defendant documented car accident injury. The discriminatory and retaliatory misconduct turned into an **escalated criminal act** when they followed the Plaintiff around the store, which can be obtained on the store cameras via **discovery** if needed – a clear violation of [c]ompany [s]pirit.

20. The Defendant catastrophically liable, vicariously liable, and must be held accountable due to their gross negligence (**only "blood" has not gushed out of the Plaintiff per State of Washington's Policy advisor**) and the remedy requested is proper with fair, reasonable, adequate, and within the range of reasonable for this case and with respect to the Honorable Supreme Court's prior landmark rulings.

21. Every case starts and ends with standing. In this case, **"only" the Plaintiff has strong standing that arrives at merit** with material evidence, precedence, and long-standing US policies and applicable laws, whereas; **the Defendant has nothing as a matter of law – not even merit nor conscience**.

22. **Title VII of the Civil Rights Act of 1964,** which the Supreme Court has interpreted to prohibit **"any"** employer action that could reasonably **<u>dissuade</u>** a worker from making or supporting a discrimination claim – not merely actions affecting pay or employment terms (Burlington Northern & Santa Fe Ry. Co. v. White, 548 U.S. 53 **(2006)**). **Retaliation is <u>not</u> tolerated under Rights of Victims, Survivors, Witnesses laws.** "Retaliation is a different animal altogether. Its purpose is to enable workers to avail themselves of their statutory rights in Court by invoking the legal process designed by Congress to protect them. Robinson v. Shell Oil Co., 519 U.S. 337, 346 (1997) (the "primary purpose of anti-retaliation provisions" is to ******"[m]aintai[n] **<u>unfettered</u>** access to statutory remedial mechanisms")."

23. The Plaintiff "**has proven**" her case on all aspects under **The McDonnell Douglas Burden-Shifting Framework (McDonnell Douglas Corp. v. Green, 411 U. S. 792),** which sets forth the traditional framework for evaluating disparate treatment claims. The Plaintiff did make a prima facie showing that the Defendant acted with a **discriminatory motive** and resorted to **retaliatory means** – blatant violation of "never again" and stain to our "[P]residential [S]upport" of the Home Depot.

**CAUSES OF ACTION**

24. The Plaintiff realleges and incorporates by reference herein the allegations contained in Paragraphs 1 through 21 as if set forth here in full.

25. By the actions and statements described in the paragraphs above, the Defendant have:

a. Denied career growth or otherwise made opportunities unavailable because of discrimination, against the "**vulnerable**" Plaintiff (**Harris v. Forklift Systems, Inc., 510 U.S. 17 (1993)**);

b. Discriminated in the terms, conditions, or privileges of the female Plaintiff, because of wrongful termination by retaliatory means, in violation **42 U.S.C. § 2000e-3(a)**;

c. Made statements with respect to indication of a preference, limitation, or discrimination based on discriminatory against **protected** class, in violation of **Title VII of the Civil Rights Act of 1964**; and

d. Coerced, intimidated, threatened, or interfered with persons in the exercise or enjoyment of, or on account of their having exercised or enjoyed, their rights granted or protected in violation of **42 U.S.C. § 2000e-2(a)(1)-(2)**.

26. Under U.S. Constitution, Defendants' conduct constitutes:

a. A pattern or practice of resistance to the full enjoyment of the rights granted by **Title VII of the Civil Rights Act of 1964,** and b. A denial to a group of persons of rights granted by the **Title VII of the Civil Rights Act of 1964** that raises an issue of general public importance and **safety** of **children** and **adults**.

27. A female employee has been injured by Defendants' discriminatory conduct. The Plaintiff is an "aggrieved person" as defined in **"MAHSA" Act, UNCAT, R2P** and have suffered damages and irreparable harm as a result of Defendants' conduct.

28. Defendants' conduct was intentional, willful, and taken in reckless disregard of the rights of others in violation of **18 U.S. Code § 1512, 18 U.S. Code § 1513 , 18 U.S.C. § 241,** among others.

29.  Defendants' are additionally in direct clear violations of the governing State's law: **"Silenced No More"** Act, among many others.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff requests that the Honorable Court enter an Order that:

a. Declares that the Defendants' discriminatory practices violate **Title VII of the Civil Rights Act of 1964;**

b. Enjoins the Defendants, their agents, employees, and successors, and all other persons in active concert or participation with them, from:

i. Discriminating on the basis of enshrined protected classifications, including engaging in egregious harassment, hate crime, and retaliation – **"MAHSA" Act, UNCAT, R2P;**

ii. Interfering with or threatening to take any action against any person engaged in the exercise or enjoyment of rights granted or protected by **Title VII of the Civil Rights Act of 1964** in additional violation of **18 U.S.C. § 241;**

iii. Failing or refusing to take such affirmative steps as may be necessary to restore, as nearly as practicable, the victims of the Defendants' past unlawful practices to the position they would have been in but for the discriminatory conduct; (violations of **42 U.S.C. § 2000e-2(a)(1)-(2), 42 U.S.C. § 2000e-3(a)(, and**

iv. Failing or refusing to take such affirmative steps as may be necessary to prevent the recurrence of any discriminatory conduct in the future and to eliminate, as nearly as practicable, the effects of the Defendants' unlawful practices (**18 U.S. Code § 1512, 18 U.S. Code § 1513**);

c. Awards monetary damages to the aggrieved Plaintiff by the Defendants' discriminatory conduct, under **Title VII of the Civil Rights Act of 1964** in additional violation of **18 U.S.C. § 241**;

d. Assesses civil penalties against the Defendants to vindicate the public interest, under Federal **"MAHSA" Act, UNCAT, R2P** and State's **"Silenced No More" Act**; and

e. Awards such additional relief as the interests of justice may require.

Respectfully submitted,

Shannon Farazi, **DMD** Pro Se (MAHSA ACT)

Very Respectfully submitted at Seattle, Washington, on Feb 18th, 2026.

*Shannon Farazi*

<u>CERTIFICATE OF SERVICE</u>

I certify that on the following date: Feb 18th, 2026, I served a copy of to Court and opposing via regular mail (in the 10 day allowed time frame).

By: <u>Shannon Farazi</u>

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at (*City*) Seattle_____ (*State*) WA___ on (*Date*) Feb 18th, 2026___

Shannon Farazi___

*Signature*                                    *Print or Type Name*

\*\*\* The Plaintiff **did not exceed** the allowed word count in any of the submissions and the **submission date is proper** as a matter of law. **CR 1** is the authority in Washington that embodies the rule: **procedure yields to substantive law.**

\*\*\*\* The Plaintiff is **Persian/Iranian American** ("MAHSA" Act, UNCAT, R2P [all carry **"no"** statute of limitation]).

Page 15 of 15

Exhibit #1

Pg 1



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Seattle District Office

Federal Office Building
909 First Avenue, Suite 400
Seattle, WA  98104-1061
(800) 669-4000
TTY (800) 669-6820
ASL Video Phone (844) 234-5122
FAX (206) 220-6911

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued on: November 18, 2025

**To:**   Shannon Farazi
3500 East Lake Sammamish Parkway SE Unit 1-306
Sammamish, WA 98075


**Re:**   Shannon Farazi v. The Home Depot

EEOC Charge Number:  38G-2025-00204

EEOC Representative and email:   Kristine Jensen Nube
kristine.jensen@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the determination that substantial weight has been accorded to the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.**  Receipt generally occurs on the date that you (or your representative) received this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)  Please retain this notice for your records.

On Behalf of the Commission:



Elizabeth Cannon
Seattle Field Office Director


Anita Clark
Sanchez, Hayes and Associates, LLC
1015 Tyrone Road, STE 620
Tyrone, GA 30290

Exhibit #1
Pg 2

**INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**
If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) received the document. You should keep a record of the date you received this notice. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).
Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to
https://www.eeoc.gov/employees/lawsuit.cfm

**ATTORNEY REPRESENTATION**
For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.
In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney. Please note that the EEOC cannot provide an attorney to represent you and cannot provide any legal advice or assistance with filing a lawsuit.

**EEOC-STATE AND LOCAL FEPA RELATIONSHIP**
Under the workshare agreement between EEOC and the Fair Employment Practice Agencies (FEPAs), your case was investigated by the FEPA you filed with and dual-filed with EEOC to preserve federal filing rights. When the state or local agency concluded its investigation, they transmitted the closure information to EEOC to issue the Federal NRTS. This allows the claimant to pursue the claim in federal court instead of state court if they so choose. A claimant can choose to file in either state or federal court but not both. The EEOC cannot assist with this process.

**HOW TO REQUEST YOUR CHARGE FILE:** Please contact the FEPA you filed with for a copy of your case file and/or state NRTS copy. (For example: Anchorage Equal Rights Commission, Alaska Human Rights Commission, Idaho Human Rights Commission, Montana Human Rights Bureau, Oregon Bureau of Labor and Industries, Seattle Office for Civil Rights or Washington State Commission on Human Rights.) Since a lawsuit must be filed within 90 days of this notice, please submit your written request for the charge file promptly to the appropriate FEPA to allow sufficient time for them to respond to your request.

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)**
If your case includes an ADA allegation, we recommend that you and your attorney (if you retain one) review the resources at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

 **Gmail**                                          Shannon Farazi <shannonfarazi@gmail.com>

## Meeting with the Governor
11 messages

---

**(GOV)** @gov.wa.gov>                                              Fri, Aug 19, 2022 at 9:53 AM
To: "shannonfarazi@gmail.com" <shannonfarazi@gmail.com>
Cc: @gov.wa.gov>

Good Morning Shannon,

Thank you so much for your request to meet with Governor Inslee.

Unfortunately, the Governor will not be able to meet at this time, due to prior commitments. However, I would like to introduce you to ██████████, the Governor's senior policy person on statewide policy. I believe she will be able to answer some of your questions. I have cc'd her above.

Thank you again,

██████

Deputy Scheduler to the Governor | Office of Governor Jay Inslee

Cell: ████████

www.governor.wa.gov | ████████@gov.wa.gov

Email communications with state employees are public records and may be subject to disclosure, pursuant to Ch. 42.56 RCW.

---

**(GOV)** <██████@gov.wa.gov>                                        Fri, Aug 19, 2022 at 3:53 PM
To: "(GOV)" <██████@gov.wa.gov>, "shannonfarazi@gmail.com" <shannonfarazi@gmail.com>
Cc: "(GOV)" <██████@gov.wa.gov>

Hi Shannon:

Thanks for reaching out! I will be out of the office next week, but ████ can help us schedule a 20 minute conversation for the week of August 29.

Thanks,

████

[Quoted text hidden]

*Exhibit #3*

 Gmail

 Shannon Farazi <shannonfarazi@gmail.com>

## eFOIA files available

1 message

**efoia@subscriptions.fbi.gov** <efoia@subscriptions.fbi.gov>                                    Wed, Oct 29, 2025 at 4:05 AM
To: shannonfarazi@gmail.com

There are eFOIA files available for you to download.

You can download the files at:

- Ef9b138a00c555174dba4b51164e7c078d239616302c6c9967e_Q279914_D165630657.pdf
  - Use this token to access: 8a9fzKwsOglSB2A
- Ef9b138a00c555174dba4b51164e7c078d239616302c6c9967e_Q279914_D165630662.pdf
  - Use this token to access: 5JefxvYRIuJDhJP
- Ef9b138a00c555174dba4b51164e7c078d239616302c6c9967e_Q279914_D165630662.pdf
  - Use this token to access: 5JefxvYRIuJDhJP
- Ef9b138a00c555174dba4b51164e7c078d239616302c6c9967e_Q279914_D165630657.pdf
  - Use this token to access: 8a9fzKwsOglSB2A

**Please Note:**

The above link(s) are only active for 48hrs. After the link expires you will have the option to reactivate the link(s) for an additional 48hrs. The max renewal limit is two (2) times. Thereafter, the links can no longer be accessed.

You can renew the download files by logging into the efoia system and clicking the "Renew" button in the file list.

Exhibit #4

10/31/23, 1:07 PM

 Gmail

Shannon Farazi <shannonfarazi@gmail.com>

## Shannon Farazi - from Issaquah Rotary - AG Bob Ferguson legal talk

3 messages

---

**Shannon Farazi** <shannonfarazi@gmail.com>                    Sun, Apr 2, 2023 at 9:36 PM
To: _____@atg.wa.gov

Dear _____,

Hope all is well with you and your family. I spoke with Honorable AG Bob Ferguson about a case that I have firsthand experience with, which is related to this article: https://www.washingtonpost.com/technology/2020/10/27/indian-caste-bias-silicon-valley/
I have been discriminated against, abused, threatened, and retaliated against as it is described here at my workplace. Others who are not Indian descent now are learning from these groups and discriminating against others to receive similar privileges. I wanted to bring this to his attention as it has devastated my life since I'm also a part of a protected class. Last time I checked on this matter, it was tried in CA. However, justice was not carried out due to the statute of limitation, which I'm facing too. I would appreciate it if Honorable AG Ferguson could take a look into this matter for the people of Washington and the USA. Thank you for all you do for our nation.

Best regards,

Shannon Farazi

---

_____ (ATG) <_____@atg.wa.gov>                    Mon, Apr 3, 2023 at 10:44 AM
To: Shannon Farazi <shannonfarazi@gmail.com>

Shannon,

Hello, I wanted to let you know that I received your message. Attorney General Ferguson asked me to share it with the managing attorney of his Civil Rights Division (CRD), and has requested that she arrange for a member of the team to follow up with you. I've made that contact and confirmed that a member of CRD will contact you. They are extremely busy, as you might imagine, so please allow for a bit of time but if for some reason you have not heard anything by middle of next week, please let me know and I will follow up with them.

Thank you!

Sincerely,

Executive Assistant to the Attorney General

