THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANNON FARAZI,

Plaintiff,

v.

HOME DEPOT U.S.A., INC. ("HOME DEPOT") et al.,

Defendant.

Case No. 2:26-CV-00586-RAJ

**HOME DEPOT'S SURREPLY REQUESTING COURT STRIKE PORTIONS OF SHANNON FARAZI'S RECENT FILINGS**

## I.  <u>INTRODUCTION</u>

Pro se plaintiff Shannon Farazi moved for sanctions against opposing counsel after Home Depot moved to dismiss her complaint and moved to stay dispositive motions she filed with the complaint. The sanctions motion was three pages long. *See* Dkt. 19. Now Dr. Farazi files a 10-page "Notice of Filing Declaration in Support of Sanctioning Opposing Counsels," Dkt. 34, and a 16-page "Memorandum of Facts and Law," Dkt. 39. Portions of these address Dr. Farazi's sanctions request. As explained below, much of the filings should be stricken, or else Home Depot should be given an opportunity to respond to those matters the Court intends to consider.

## II.  <u>ANALYSIS</u>

"[I]n the Ninth Circuit new issues and evidence may not be raised in reply briefs. Thus, when new evidence or issues are raised on reply, courts have discretion to either strike the reply declarations and portions of the reply brief that present new material or consider the new material

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

after affording the nonmoving party an opportunity to respond." *HDT Bio Corp. v. Emcure Pharms., Ltd.*, No. C22-0334JLR, 2022 WL 3018239, at *2 (W.D. Wash. July 29, 2022) (quotations omitted) (citations omitted). Dr. Farazi's motion was conclusory and lacked legal or factual support. Home Depot's opposition largely pointed to these defects. Dr. Farazi now submits a purported declaration and a memorandum of law, covering numerous issues, including the sanctions motion. Most of the material presented is new, rather than responsive to Home Depot's opposition.

First, Dr. Farazi states legal opinions. Dkt. 34 ¶¶ 9, 10, 13; Dkt. 39 at 13–14. These opinions pertain to numerous things—torture, cases construing Title VII, and an apparent threat to sue the Court under an inapposite statute if it does not agree with what Dr. Farazi takes to be the law. The opening motion addressed none of these things. The relevant portions of the cited paragraphs and pages should be stricken.

Second, Dr. Farazi purports to relate facts "not in dispute" in this matter and contends that counsel's investigation was defective because their filings do not comport with Dr. Farazi's views. Dkt. 34 ¶ 14. The opening motion did not lay groundwork for this, and the referenced passages should be stricken.

Third, Dr. Farazi makes statements apparently about duties in corporate governance matters. *Id.* ¶ 17. The opening motion did not address this, and the cited paragraph should be stricken.

Fourth, Dr. Farazi refers to the Court's inherent authority and its power to act sua sponte. *Id.* ¶¶ 13, 18. The opposition noted that Dr. Farazi's motion cited limited bases for sanctions and that caselaw limited the Court to deciding the bases Dr. Farazi urged. Introduction of new bases for sanctions is improper in reply, and the cited passages should be stricken.

Fifth, Dr. Farazi lists Federal Rules of Evidence evidently to imply that the opposition brief is itself sanctionable. *See id.* ¶ 13; *see also* Dkt. 39 at 10. This is not only new but the start of sanctions motions without end in which opposition briefs beget more requests for sanctions. It should be stricken.

HOME DEPOT'S SURREPLY REQUESTING COURT
STRIKE PORTIONS OF S. FARAZI'S RECENT
FILINGS - 2
NO. 2:26-CV-00586-RAJ

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

Sixth, Dr. Farazi criticizes counsel's licensure in other jurisdictions and indicates that the clerk expressed a view on counsel's compliance with local rules concerning pro hac vice admission. Dkt. 39 at 13–14. This was not raised in the original motion and should be stricken.

\*        \*        \*        \*

The Court may consider certain portions of Dr. Farazi's filing as providing Dr. Farazi's argument about evidence Home Depot cited or arguments it made. Home Depot does not request that the Court strike introductory material, or paragraphs 2, 4, 5, 6, 7, 19 or 20 in Docket 34. Nor does it request that the Court strike lines 14 through 20 of paragraph 13 or lines 15 through 22 and lines 1 through 4 of paragraph 15 in that document or page 12 and page 13 through line 3 in Docket 39. That Home Depot does not request that these passages be stricken does not, of course, mean that they have merit. Among other things, Dr. Farazi's filing at Docket 34, formatted as a declaration, recites under penalty of perjury only the certificate of service and not any of her purported declaration's substance.[1]

### III.  CONCLUSION

Home Depot requests that the passages addressed above be stricken. If they are not stricken, under this district's precedent, Home Depot should have an opportunity to respond so it has the benefit of orderly argument and the due process required when sanctions are sought.

//
//
//
//
//
//
//
//

---

[1] It is also unclear what exhibits Dr. Farazi refers to in both filings.

HOME DEPOT'S SURREPLY REQUESTING COURT
STRIKE PORTIONS OF S. FARAZI'S RECENT
FILINGS - 3
NO. 2:26-CV-00586-RAJ

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

DATED:  April 17, 2026

BALLARD SPAHR LLP


By: *s/ Devon McCurdy*
    Priya B. Vivian, WSBA No. 51802
    Devon McCurdy, WSBA No. 52663
    1301 Second Avenue, Suite 2800
    Seattle, Washington 98101
    Telephone: 206.223.7000
    E-Mail: vivianp@ballardspahr.com
        mccurdyd@ballardspahr.com

    A.C. Estacio-Heilich, *admitted pro hac vice*
    601 S.W. Second Avenue, Suite 2100
    Portland, Oregon 97204
    Telephone: 503.778.2100
    E-Mail: estacioheilicha@ballardspahr.com
*Attorneys for Home Depot*

I certify that this memorandum contains 760 words, in compliance with the local Civil Rules.

HOME DEPOT'S SURREPLY REQUESTING COURT STRIKE PORTIONS OF S. FARAZI'S RECENT FILINGS - 4
NO. 2:26-CV-00586-RAJ

**BALLARD SPAHR LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107